AT NISI PRIUS, AT CARLISLE, APRIL ASSIZES, 1796.

CORAM, SHIPPEN AND YEATES, JUSTICES.

JOSIAH MATLACK, surviving executor of REUBEN HAINES surviving executor of JOHN LUKENS *against* FRANCES READ, MATTHIAS SLOUGH, and WILLIAM IRVINE, surviving executors of ROBERT CALLENDER.

In debt on a judgment by executors, defendants shall not give in evidence under the plea of payment, that the plaintiff's testator had renounced his interest in certain lands of the defendant's, and that his devisees have since sold part of them.

DEBT on judgment had in Philadelphia county, in March term 1774, for 44*l.* 10*s.* 5*d.* founded on a report of referees. Plea payment with leave, &c.

Mr. Duncan for the defendants, offered to show by the deposition of George Morgan, one of the referees, taken under a rule of court, that on settlement of the accounts between Lukens and Callender, the latter charged the former with one moiety of sundry moneys paid on divers surveys of lands taken up in partnership between them; that Lukens declined having any thing to do therewith, quitted all claim thereto, and promised to release to Callender all his interest therein, which he had neglected to do; that since the death of Lukens, his heirs had sold one of the tracts, and claimed title in the others, by means whereof the devisees of Callender would be put to considerable expense in defending the lands which had been formally relinquished by Lukens.

The testimony was excepted to by Mr. Hamilton for the plaintiff. And *per cur*, it is not admissible in the present suit. Independent of any release, if the facts sworn to by Morgan are well founded, the devisees of Lukens can have no pretensions to these lands after the renunciation by their testator. What they have done or mean to do, cannot operate against the plaintiff. As to him, the judgment is assets, for which he must account.

Verdict *pro quer.* for 44*l.* 10*s.* 5*d.* debt, 61*l.* 0*s.* 2*d.* damages, and six pence costs.